# In the United States Court of Federal Claims

| | |
|---|---|
| BRIGHTON CROMWELL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | No. 20-1565C <br><br> Filed January 28, 2021 |

## DISMISSAL ORDER

On January 22, 2021, plaintiff filed an unopposed motion to dismiss this post-award bid protest matter with prejudice. ECF No. 33.

In light of the foregoing, the Court **GRANTS** plaintiff's motion to dismiss and **DISMISSES** the complaint with prejudice, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims.

The Clerk's Office is directed to enter judgment accordingly.

Each party to bear its own costs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
Judge